**Order filed February 20, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00891-CV
_____

## TEXAS EAR NOSE & THROAT CONSULTANTS, PLLC, JOSEPH EDMONDS, NEWTON DUNCAN AND JAMES ALBRIGHT, Appellants

### V.

### JOHN K. JONES M.D., Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2010-11470**

## ORDER

On February 4, 2014, the parties to this appeal filed a joint motion asking this court to adopt a briefing schedule. The motion is granted.

Accordingly we order the following:

- Appellants' opening brief shall be due March 12, 2014 (with a 15,000 word limit);

- Jones' opening brief as both appellee and cross-appellant shall be due 30 days after Appellants' opening brief is filed (with a 15,000 word limit for the appellee's portion and a 10,000 word limit for the cross-appellant's portion);

- Appellants' reply brief as appellants and their response as cross-appellees shall be due 30 days after Jones' opening brief as appellee/cross-appellant is filed (with a 7,500 word limit for the appellants' reply and a 10,000 word limit for the cross-appellees' response); and

- Jones' reply brief as cross-appellant shall be due 20 days after Appellants combined reply and response brief as appellants/cross-appellees is filed and shall be limited to the cross appeal issues only (with a 7,500 word limit).


PER CURIAM